Matter of Medalia (2023 NY Slip Op 04624)

Matter of Medalia

2023 NY Slip Op 04624

Decided on September 14, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 14, 2023

PM-208-23
[*1]In the Matter of David Joel Medalia, an Attorney. (Attorney Registration No. 4959094.)

Calendar Date:September 5, 2023

Before:Garry, P.J., Lynch, Clark, Ceresia and McShan, JJ.

David Joel Medalia, Chevy Chase, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
David Joel Medalia was admitted to practice by this Court in 2011 and lists an address in Rome, Italy with the Office of Court Administration. Medalia now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Medalia's application.
Upon reading Medalia's affidavit sworn to July 19, 2023 and filed July 24, 2023, and upon reading the September 1, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Medalia is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Clark, Ceresia and McShan, JJ., concur.
ORDERED that David Joel Medalia's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that David Joel Medalia's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that David Joel Medalia is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Medalia is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that David Joel Medalia shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.